JOHN V. COGHLAN
Deputy Assistant Attorney General

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7288
    Facsimile: (415) 436-6996
    benjamin.wolinsky@usdoj.gov

JAMIE A. YAVELBERG
SARA McLEAN
AMY L. LIKOFF (D.C. Bar No. 989423)
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-3173
    amy.l.likoff@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DONALD HOLMQUEST,<br><br>    Plaintiff,<br><br>v.<br><br>EL CAMINO HOSPITAL,<br><br>    Defendant. | **THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION; ORDER TO UNSEAL**<br><br>Case No. 16-cv-1965-SK<br><br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court

of its decision not to intervene in this action.

U.S. NOTICE OF DECLINATION; ORDER TO UNSEAL
16-CV-1965-SK

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, 31 U.S.C. § 3730(c)(3) permits the Government to be served with copies of all pleadings filed in the action. Accordingly, the undersigned Government counsel will file a Notice of Appearance for the purpose of receiving ECF notifications of filings in this case. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also reserves its right to seek the dismissal of the relator's action or claim pursuant to 31 U.S.C. § 3730(c)(2)(A), and to request a stay of discovery pursuant to 31 U.S.C. § 3730(c)(4).

Finally, the Government requests that the relator's Complaint, the Summons, the Case Management Order, this Notice, and the attached proposed Order be unsealed and that the seal be lifted as to all matters subsequently occurring in this action. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

U.S. NOTICE OF DECLINATION; ORDER TO UNSEAL 16-CV-1965-SK

```
                                    Respectfully submitted,

                                    JOHN V. COGHLAN
                                    Deputy Assistant Attorney General

                                    DAVID L. ANDERSON (CABN 149604)
                                    United States Attorney
                                    SARA WINSLOW (DCBN 457643)
                                    Chief, Civil Division
                                    BENJAMIN J. WOLINSKY (CABN 305410)
                                    Assistant United States Attorney

                                        450 Golden Gate Avenue, Box 36055
                                        San Francisco, California 94102-3495
                                        Telephone: (415) 436-7288
                                        Facsimile: (415) 436-6996
                                        benjamin.wolinsky@usdoj.gov

                                    JAMIE A. YAVELBERG
                                    SARA McLEAN
                                    AMY L. LIKOFF (D.C. Bar No. 989423)
                                    Attorneys, Civil Division
                                    United States Department of Justice
                                        P.O. Box 261, Ben Franklin Station
                                        Washington, D.C. 20044
                                        Telephone: (202) 305-3173
                                        amy.l.likoff@usdoj.gov

                                    Attorneys for the United States of America


                                    /s/ Benjamin J. Wolinsky
                                    BENJAMIN J. WOLINSKY
                                    Assistant United States Attorney



       Dated:  January 19, 2021
```
U.S. NOTICE OF DECLINATION; ORDER TO UNSEAL 16-CV-1965-SK

ORDER TO UNSEAL

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

1. The complaint and summons be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. Counsel for the United States shall file a notice of appearance in this action for the purpose of receiving ECF notifications of all pleadings and motions filed in this action, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time; and

5. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with an opportunity to be heard before ruling or granting its approval, in accordance with 31 U.S.C. § 3730(b)(1).

IT IS SO ORDERED,

Dated: January 21, 2021.

*Sallie Kim*

United States Magistrate Judge

U.S. NOTICE OF DECLINATION; ORDER TO UNSEAL 16-CV-1965-SK